IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSE L. HALL,

                                                                            ORDER

                Plaintiff,

                                                           10-cv-239-bbc

     v.

THE UNITED STATES OF AMERICA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Jesse L. Hall, a prisoner at the Federal Medical Center in Butner, North Carolina, has submitted a proposed complaint. He requests leave to proceed in forma pauperis. A decision on the request will be delayed until plaintiff makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff submitted his complaint on April 26, 2010. His trust fund account statement should cover the six-month period beginning approximately October 26, 2009 and ending approximately April 26, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay

1

before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until May 27, 2010, in which to submit a trust fund account statement for the period beginning October 26, 2009 and ending April 26, 2010. If, by May 27, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of May, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge