IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSE L. HALL,

                                                  ORDER

            Plaintiff,

                                                 10-cv-239-bbc

    v.

THE UNITED STATES OF AMERICA,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On May 6, 2010, I entered an order giving plaintiff until May 27, 2010 to submit a trust fund account statement for the period beginning October 26, 2009 and ending April 26, 2010. Now it has come to the court's attention that plaintiff has been transferred to the Federal Correctional Institution in Beaumont, Texas and did not receive the May 6 order. In light of plaintiff's recent transfer, I will extend the deadline for him to submit his trust fund account statement to June 18, 2010.

      When a prisoner is incarcerated at one or more institutions during the six-month period immediately preceding the filing of his lawsuit, he is required under 28 U.S.C. § 1915(a)(2) to obtain a trust fund account statement "from the appropriate official of each prison at which [he] is or was confined" during the relevant period. Therefore, if plaintiff wants to continue with this lawsuit, he will have to write to the Federal Medical Center in

Butner, North Carolina and any other institution in which he may have been confined between October 26, 2009 and his transfer to Beaumont, to request a certified copy of his trust fund account statement for the appropriate period. I will enclose an additional copy of the May 6 order with this order.

ORDER

IT IS ORDERED that plaintiff may have an enlargement of time to June 18, 2010, in which to submit a trust fund account statement for the period beginning October 26, 2009 and ending April 26, 2010. If, by June 18, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and the clerk of court is directed to close ths case without prejudice to plaintiff's filing his case at a later date.

Entered this 26th day of May, 2010.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge