IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JESSE L. HALL,

                  Plaintiff,

   v.

THE UNITED STATES OF AMERICA,

                  Defendant.

ORDER

10-cv-239-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on May 26, 2010, I gave plaintiff until June 18, 2010 to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could assess an initial partial payment of the $350 fee for filing this case. Plaintiff has submitted the requested statement. From the statement, I have calculated plaintiff's initial partial payment to be $12.88. He must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send his initial partial payment to this court.

ORDER

      IT IS ORDERED that plaintiff is assessed $12.88 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $12.88 on or before July 12, 2010. If, by July 12, 2010, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he

will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 22d day of June, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge